UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>STATE OF MICHIGAN, ex rel,<br>LINDA PRICE and SUZANNA PEER, | Civil Action No. 10-10537<br>Hon. George Caram Steeh<br>Magistrate Judge Mona K. Majzoub |

    Plaintiffs-Relators,

-vs-

MICHIGAN MULTISPECIALTY PHYSICIANS, P.C.;
a Michigan corporation; d/b/a HURON VALLEY UROLOGY
ASSOCIATES; CARDIOVASCULAR & THORACIC SURGEONS
OF ANN ARBOR; ANN ARBOR CHILD NEUROLOGY; MMP
SLEEP DISORDERS CENTER; ANN ARBOR NEUROLOGY;
PATHOLOGY AND LABORATORY MANAGEMENT ASSOCIATES;
ASSOCIATES IN GENERAL & VASCULAR SURGERY;
MICHAEL H. SOLOMON, M.D.; EDUARDO KLEER, M.D.;
KEOW MEI GOH, M.D.; SEAN MCLAUGHIN, M.D. and
TIMOTHY MCHUGH, M.D., Jointly and Severally,

    Defendants.
_____/

HERTZ SCHRAM PC
By:    Patricia A. Stamler (P35905)
Attorneys for Plaintiffs-Relators
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000
_____/

## EX-PARTE ORDER OF DISMISSAL WITHOUT PREJUDICE
## TO THE UNITED STATES AND THE RELATORS

    Plaintiffs/Relators, by and through their attorneys, HERTZ SCHRAM PC, and with the consent of the United States and State of Michigan, filed their Ex-Parte Motion to Dismiss Qui Tam Case Without Prejudice to the United States, the State of Michigan and the Relators pursuant to Rule 41(a). The <u>qui tam</u> was filed pursuant to 31 U.S.C. § 3730(b). As required by

the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and the State of Michigan have consented in writing solely to the dismissal without prejudice to the United States and the Relators, and the Court being fully advised, now therefore,

IT IS HEREBY ORDERED that the above-captioned matter shall be dismissed without prejudice to the United States, the State of Michigan and the Relators and without costs or attorneys' fees; and

IT IS SO ORDERED.

Dated: 12-3-12

HONORABLE GEORGE CARAM STEEH
U.S. District Court Judge